574 A.2d 65

**COMMONWEALTH of Pennsylvania DEPARTMENT OF TRANSPORTATION, Appellee,**

v.

**Charles R. LANSBERRY, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1989.

Decided May 24, 1990.

S. Lee Ruslander, II, West Chester, Pa., for appellant.

Harold Cramer, Chief Counsel, Dept. of Transp., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

The Order of the Commonwealth Court is affirmed. *See Smith v. Commonwealth, Board of Probation and Parole,* 131 Pa. 360, 570 A.2d 597 (1990).